BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

U.S. COURTS

FEB 24 2026

Rcvd_____ Filed _CK_ Time _11:18 am_
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH ELIZABETH GEORGE,<br><br>Defendant. | Case No. **CR-26-00047S-BLW**<br><br>**INDICTMENT**<br><br>18 U.S.C. § 844(f)(2)<br>18 U.S.C. § 844(i) |

The Grand Jury charges:

## COUNT ONE

**Malicious Destruction of Government Property by Fire that
Creates a Substantial Risk of Injury
18 U.S.C. § 844(f)(2)**

On or about February 18, 2026, in the District of Idaho, the Defendant, SARAH

ELIZABETH GEORGE, did maliciously damage and destroy, and attempt to damage and

destroy, by means of fire, a building, real, and personal property possessed by and leased to a

department and agency of the United States, that is, The Portico North, located at 3330 East

INDICTMENT - 1

Louise Drive, Meridian, Idaho 83642, leased to the Department of Homeland Security, and as a

result of such conduct created a substantial risk of injury to any person, in violation of Title 18,

United States Code, Section 844(f)(2).

## COUNT TWO

### Malicious Destruction of Property Used or Affecting
### Interstate or Foreign Commerce
### 18 U.S.C. § 844(i)

On or about February 18, 2026, in the District of Idaho, the Defendant, SARAH

ELIZABETH GEORGE, did maliciously damage and destroy, and attempt to damage and

destroy, by means of fire, a building and other real and personal property used in interstate and

foreign commerce and in activities affecting interstate and foreign commerce, to wit: The Portico

North, located at 3330 East Louise Drive, Meridian, Idaho 83642, in violation of Title 18, United

States Code, Section 844(i).

Dated this 24th day of February, 2026.

A TRUE BILL

*/s/ [signature on reverse]*
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
DAVID G. ROBINS
FRANCIS J. ZEBARI
ASSISTANT UNITED STATES ATTORNEYS

INDICTMENT - 2