BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SARAH ELIZABETH GEORGE,<br><br><br>Defendant. | Case No. 1:26-cr-00047-BLW-1<br><br>**STIPULATED MOTION FOR A PROTECTIVE ORDER** |

## MOTION PROTECTIVE ORDER GOVERNING DISCOVERY

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States of America, by and through its attorneys, the United States Attorney for the District of Idaho, hereby moves for entry by this Court of a protective order that will ensure the confidentiality of personal identity information that is included within evidence and discovery materials in this case.

Entry of a protective order restricting the use, dissemination, and disposition of documents containing identity information is essential to permit the exchange of voluminous

discovery in a timely fashion while protecting the personal information of the Defendant and others in this case.

The United States conferred with counsel for the Defendant regarding the protective order proposed by the United States (the "Proposed Protective Order") and the Defendant consents to the Proposed Protective Order, a copy of which is submitted herewith.

Entry of the Proposed Protective Order would allow for prompt disclosure of discovery material, which would permit the parties to efficiently prepare for trial.

WHEREFORE, the government respectfully moves the Court to enter the Proposed Protective Order.

Respectfully Submitted,

BART M. DAVIS
United States Attorney

By:   *DAVE R*

_____
DAVID G. ROBINS
Assistant United States Attorney